```
___FILED    ___ENTERED
___LODGED   ___RECEIVED
```

MAR 2 - 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

11-CV-01412-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ARTIS CASON, )
        Petitioner, ) CASE NO. C11-1412-JLR
    v. ) ORDER GRANTING MOTION TO
         ) DISMISS FEDERAL HABEAS
SCOTT FRAKES, et al., ) PETITION
        Respondents. )

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's motion to dismiss petitioner's federal habeas petition (Dkt. No. 14) is GRANTED;

(3) Petitioner's petition for writ of habeas corpus (Dkt. No. 9) and this action are DISMISSED without prejudice;

///

///

ORDER GRANTING MOTION TO
DISMISS FEDERAL HABEAS PETITION
PAGE - 1

01   (4)   In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the
02   United States District Courts, a certificate of appealability is DENIED; and
03   (5)   The Clerk shall send copies of this Order to petitioner, to counsel for respondent,
04   and to Judge Theiler.
05   DATED this 2ND day of March, 2012.

JAMES L. ROBART
United States District Judge

ORDER GRANTING MOTION TO
DISMISS FEDERAL HABEAS PETITION
PAGE - 2