```
____ FILED     ____ ENTERED
____ LODGED    ____ RECEIVED

      MAR 2 - 2012
        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

11-CV-01412-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ARTIS CASON,

    Petitioner,

v.

SCOTT FRAKES, et al.,

    Respondents.

CASE NO. C11-1412-JLR

ORDER GRANTING MOTION TO DISMISS FEDERAL HABEAS PETITION

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's motion to dismiss petitioner's federal habeas petition (Dkt. No. 14) is GRANTED;

(3) Petitioner's petition for writ of habeas corpus (Dkt. No. 9) and this action are DISMISSED without prejudice;

/ / /

/ / /

(4)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

(5)     The Clerk shall send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 2ND day of March, 2012.

JAMES L. ROBART
United States District Judge

ORDER GRANTING MOTION TO
DISMISS FEDERAL HABEAS PETITION
PAGE - 2